UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STARLEY PENA,<br><br>                              Movant,<br><br>            -against-<br><br>UNITED STATES OF AMERICA,<br><br>                              Respondent. | 1:24-CV-6299 (RA)<br><br>1:23-CR-0375 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

The Court's August 23, 2024 Order of Reference, *see* ECF No. 6, which referred this action to Magistrate Judge Netburn, is hereby vacated. All future filings in this action shall be directed to this Court.

The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Pena.

SO ORDERED.

Dated:   October 28, 2024
         New York, New York

_____
RONNIE ABRAMS
United States District Judge