UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STARLEY PENA,<br><br>                    Movant,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>                    Respondent. | 1:24-CV-6299 (RA)<br><br>1:23-CR-0375 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

   The Court is in receipt of the attached letter from Mr. Pena requesting appointment of counsel to assist in preparing an amended motion to vacate his sentence pursuant to 28 U.S.C. § 2255. The C.J.A. attorney assigned to receive cases on this day, Sanford N. Talkin, is hereby ordered to assume representation of Mr. Pena in this matter.

   The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Pena.

SO ORDERED.

Dated:   August 4, 2025
         New York, New York

                                                _____
                                                RONNIE ABRAMS
                                                United States District Judge

The Honorable Ronnie Abrams
United States District Court
300 QUARROPAS STREET
White Plains N.Y 10601

Dear Judge Brown,

First I would like to thank the Court for reviewing my pro se motion to vacate my conviction under 28 U.S.C 2255. I would respectfully ask to be appointed pro bono counsel while being granted the opportunity to file a new motion by this Court.

I would like to thank the Court for its diligence and patience with this matter.

Respectfully,

*signature* #60216-510

Dated July 21, 2025
Waymart, Pennsylvania


RECEIVED JUL 25 2025 PRO SE OFFICE


RECEIVED JUL 25 2025 U.S.D.C. W.P.